UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GERSH ZAVODNIK and )
 TATIANA ZAVODNIK, )
 )
                Plaintiffs, )
 )
                   vs. )      1:14-cv-00995-SEB-TAB
 )
THOMAS J. CARROLL, MARION COUNTY )
SUPERIOR COURT CIVIL 06, et. al., )
 )
 )
                Defendants. )

**Entry Discussing Plaintiffs' July 22, 2014, Submissions**

The Court has reviewed the plaintiff's filings received on July 22, 2014.

These filings include:

- Pre-Supplemental Amended Verified Complaint (103 pages)
- Motion Seeking Assistance with Service of Process
- Yuri Zavodnik's Affidavit
- Gersh Zavodnik's Affidavit
- Tatiana Zavodnik's Affidavit
- Certificate of Efforts to Give Notice
- Civil Cover Sheet
- Notice of Tort Claim
- List of Plaintiffs and Defendants
- Proposed Summons

- Motion for leave to proceed *in forma pauperis*

These filings shall be filed and docketed in the normal course.

Also submitted yesterday were approximately 1000 pages of exhibits associated with the Pre-Supplemental Amended Verified Complaint. There is no reason to submit evidence at this point in the proceeding. These exhibits to the complaint can be "stricken without bothering to read." *Kadamovas v. Stevens*, 706 F.3d 843, 844 (7th Cir. 2013). It is for this reason that the clerk is directed to return these exhibits to the plaintiffs **unfiled.** The plaintiffs may retrieve the exhibits from the clerk's office during normal business hours.

**IT IS SO ORDERED.**

Date: 07/23/2014

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GERSH ZAVODNIK
4410 Clayburn Dr.
Indianapolis, IN 46268

TATIANA ZAVODNIK
4410 Clayburn Dr.
Indianapolis, IN 46268